**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Ioana Conley and**
**Alexander Conley,**

_____

**Plaintiffs**

**CIVIL ACTION**

**V.**
**Roseland Residential Trust and**
**RealPage Utility Management Inc.,**

**NO. 18cv10629-WGY**

_____

**Defendants**

## JUDGMENT

**YOUNG, D. J.**

In accordance with the MEMORANDUM & ORDER entered on March 5, 2020, JUDGMENT is hereby entered for the DEFENDANTS Roseland Residential Trust and RealPage Utility Management Inc..

By the Court,

**March 5, 2020**                            **/s/Matthew A. Paine**

_____                  _____

**Date**                                    **Deputy Clerk**